# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Todd Brand

                Plaintiff,

v.                                                Case No.: 1:19–cv–07281
                                                Honorable Charles R. Norgle Sr.

ADT, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 23, 2021:

      MINUTE entry before the Honorable Charles R. Norgle: Case dismissed with prejudice as to Plaintiff's individual claims against Defendants and without prejudice as to the putative class's claims against Defendants. Each party shall bear their own attorneys' fees and costs [60]. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.